**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **MAURICE K. WALKER** | : | **Chapter 13** |
| | | : | |
| | **Debtor(s)** | : | **Bky. No. 08-13856ELF** |

# O R D E R

**AND** the Debtor's Motion for Contempt (Docket Entry No. 74), presently being under advisement,

**AND**, the Debtor's legal theory being that Respondent Countrywide Home Loans, Inc. ("Countrywide") violated the automatic stay, 11 U.S.C. §362(a), by attempting to collect "prepetition escrow arrears through [a] postpetition increase in [the Debtor's] mortgage payment," (Debtor's Memorandum of Law at 5),

**AND**, in their submissions to this court, both parties having cited the decision In re Rodriguez, 391 B.R. 723 (Bankr. D.N.J. 2008),

**AND**, the Rodriguez case having directly addressed the question of how a prepetition delinquency in a mortgage loan account should be treated in a chapter 13 case,

**AND**, the Rodriguez case presently being on appeal before the Court of Appeals at No. 09-2724 (3d Cir.),

**AND**, Countrywide also being a party in Rodriguez,

**AND**, it being probable that the Court of Appeals' decision in Rodriguez will control or at lease significantly affect the disposition of the instant matter,

**AND**, the court concluding that efficiency and economy would be fostered by deferring a decision in this matter until the Court of Appeals issues its decision in Rodriguez,

It is therefore, **ORDERED** that:

1. This contested matter is placed in **SUSPENSE** pending the issuance of the Court of Appeals'

   decision in <u>Rodriguez</u>.

2. Upon receiving notice of the Court of Appeals' disposition of the appeal in <u>Rodriguez,</u>

   counsel for the Countrywide shall notify this court forthwith that the appeal has been

   decided.

**Date:  March 17, 2010**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**